**No. 53979.**—Daniele & Co. et al. *v.* United States, protests 138741–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53980.**—Balfour, Guthrie & Co., Ltd., et al. *v.* United States, protests 142886–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53981.**—C. J. Holt & Co., Inc. *v.* United States, protest 145498–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53982.**—Indo American Trading Co. et al. *v.* United States, protests 146378–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53983.**—Schenley Import Corp. *v.* United States, protest 147342–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53984.**—Burkbe Leather Co., Inc. *v.* United States, protest 148870–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53985.**—American Nile Corp. et al. *v.* United States, protests 149885–K (B), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53986.** —William H. Emig et al. *v.* United States, protests 150267–K (C), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53987.**—Leon Meyer, Inc. *v.* United States, protests 150304–K (B), 150304–K (C), and 150550–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.